IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ELMER JOEL LOPEZ-MORALES,
Plaintiff,
v.
MARKWAYNE MULLIN, et al.,
Defendants.

CASE NO. 1:26-CV-05301-FJS

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

(ECF No. 5)

The parties have filed a stipulation requesting that Defendants be given an additional 45 days, or until November 5, 2026, to file a response to Plaintiff's complaint. (ECF No. 5.)

Finding good cause, the court hereby ORDERS that Defendants shall respond to Plaintiff's complaint on or before November 5, 2026.

IT IS SO ORDERED.

Dated: **September 21, 2026**

UNITED STATES MAGISTRATE JUDGE