UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER JOEL LOPEZ-MORALES,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendant.

Case No. 1:26-cv-05301-FJS

ORDER RE: STIPULATION FOR LEAVE TO PLEAD AND VACATE SCHEDULING CONFERENCE

(ECF No. 9)

On November 5, 2026, this court continued the November 10, 2026, scheduling conference to January 6, 2027, as the court had yet to receive a responsive pleading in this matter. (ECF No. 8.)

Later in the day on November 5, 2026, the Parties filed their stipulation for leave to plead and to vacate the November 10, 2026, scheduling conference. (*See generally* ECF No. 9.) The Parties aver that "Defendants are still investigating the validity of and basis for the civil monetary penalty that is the subject of Plaintiff's Complaint." (*Id.* at 1.) The Parties anticipate that an additional thirty (30) days to review the factual basis of the complaint will facilitate informal resolution efforts as well as ensure that Defendants have time to file a responsive pleading. (*Id.*)

Based on the Parties' stipulation (ECF No. 9) and for good cause appearing, the court HEREBY ORDERS the following:

(1) The Parties' stipulation (ECF No. 9) is HEREBY GRANTED IN PART; and

(2) The Parties' request to vacate the November 10, 2026, scheduling conference is

DENIED as moot. The Parties SHALL appear for a scheduling conference on January 6, 2027, at 9:30 a.m. in Courtroom 8 (FJS) before United States Magistrate Judge Frank J. Singer. The Parties are DIRECTED to review ECF No. 8 in advance of the January 6, 2027, scheduling conference; and

(3) The Parties request for a thirty (30) day extension of time is GRANTED. Defendants SHALL have up to and including December 7, 2026, to file their response to the complaint.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE